IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

| | |
|---|---|
| GIBRIL K. KARGBO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>    Defendants. | Case # 1:19-cv-1703 |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Since the filing of this Complaint, Defendants have approved Plaintiff Gibril K. Kargbo's long-delayed citizenship application. Mr. Kargbo became a citizen on July 16, 2019. As such, the present lawsuit is moot and should be dismissed. Undersigned counsel contacted the Government Defendant's counsel and the Government consents to this dismissal.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the instant action with prejudice.

***/s/ James O. Hacking, III***
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC
10900 Manchester Road, Suite 203
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackinglawpractice.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2019, the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*s/ James. O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC