**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 19-cv-01703-REB

GIBRIL K. KARGBO,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
KEVIN MCALEENAN, Secretary of the Department of Homeland Security,
WILLIAM P. BARR, Attorney General of the United States,
KENNETH T. CUCCINELLI, Director of the U.S. Citizenship & Immigration Services,
ANDREW LAMBRECHT, Director of the Denver Field Office of the United States
      Citizenship and Immigration Services, and
CHRISTOPHER WRAY, Director of the Federal Bureau of Investigation,

      Defendants.

## AMENDED ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the **Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)** [#9][1] filed July 21, 2019.

Fed. R. Civ. P. 41(a)(1)(A)(i) permits a plaintiff to dismiss their complaint without a court order before the opposing party serves either an answer or a motion for summary judgment. The defendants have not filed an answer or motion for summary judgment. Procedurally, voluntary dismissal by the plaintiffs is proper.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil**

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Procedure 41(a)(1)(A)(i)** [#9] is approved;

2. That under Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed **with** prejudice; and

3. That this case is closed.

Dated July 22, 2019, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge